UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BODDIE, | No. 2:21-cv-2195 DB P |
| Petitioner, | |
| v. | ORDER |
| ROBERT BURTON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In an order filed December 3, 2021, this court ordered petitioner to either pay the filing fee or file an application to proceed in forma pauperis if he wishes to proceed with this action. In a document filed January 5, 2022, petitioner informed the court that, despite his request, the prison trust office has not sent the $5.00 filing fee. Based on that information, this court will permit petitioner additional time to make a new request to have a check sent.

Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the filed date of this order petitioner shall either submit the $5.00 filing fee or an application to proceed in forma pauperis. If petitioner fails to do so, this court may recommend this action be dismissed.

Dated: February 15, 2022

DLB:9/DB Prisoner Inbox/Habeas/R/bodd2195.ifp or fee eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE