UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BODDIE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT BURTON,<br><br>　　　　　　Respondent. | No. 2:21-cv-02195-TLN-DB<br><br>**ORDER** |

　　　　Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 22, 2022, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Petitioner has filed objections to the findings and recommendations. (ECF No. 9.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 22, 2022, (ECF No. 8), are adopted in full;

2. Petitioner's challenge to the Board of Prison Terms' decision is DISMISSED;

3. Petitioner's Motion for Immediate Release, (ECF No. 7), is DENIED as moot; and

4. This action is transferred to the Central District of California.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge